THE COLUMBIA DELAWARE BRIDGE COMPANY, PLAIN-
TIFFS IN ERROR, v. CHRISTIAN H. GEISSE ET AL.,
DEFENDANTS IN ERROR.

In error.

For opinion of the Supreme Court, see *ante p.* 39.

For the plaintiffs in error, *J. G. Shipman.*

For the defendants in error, *Jacob Vanatta.*

THE CHANCELLOR.    For the reasons given by the Su-
preme Court for the judgment under review, I am of opinion
that that judgment should be affirmed.

*For affirmance*—THE  CHANCELLOR,  DIXON,  REED,
SCUDDER, VAN SYCKEL, WOODHULL, CLEMENT, DODD,
LILLY, WALES—10.

*For reversal*—None.